IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 FEB 18 PM 5:40
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN W. BURTON,

    Defendant.

**SEALED**

4:21CR3020

INDICTMENT
18 U.S.C. § 2252(a)(4)(B)

The Grand Jury charges that

## COUNT I

On or about November 17, 2020, in the District of Nebraska, JOHN W. BURTON, the defendant herein, having previously been convicted of an offense under the laws of any state relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for First Degree Sodomy on a Person Under 14, in the DeKalb County Circuit Court, Maysville, Missouri, did knowingly possess at least one matter which contains an image of child pornography, as defined by Title 18, United States Code, Section 2256(8)(A), that had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT II

On or about April 17, 2019, in the District of Nebraska, JOHN W. BURTON the defendant herein, having previously been convicted of an offense under the laws of any state relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for First Degree Sodomy on a Person Under 14, in the DeKalb County Circuit Court, Maysville, Missouri, did knowingly access with intent to view at least one matter which contains an image of child pornography, as defined by Title 18, United States Code, Section 2256(8)(A), that had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

STEVEN A. RUSSELL
Assistant United States Attorney