IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | CASE NO. 4:21CR3020 |
| Plaintiff, | ) ) | |
| | ) | **ENTRY OF APPEARANCE** |
| vs. | ) ) | |
| **JOHN BURTON**, | ) ) | |
| Defendant | ) | |

    Mona L. Burton, hereby enters her appearance as attorney for the Defendant, John Burton, in the above-captioned case.

    Enter my appearance as (XX) retained counsel ( ) Federal Public Defender ( ) CJA appointed counsel.

    Please direct all future pleadings and correspondence to the undersigned.

    Dated this 18th day of May, 2021.

                                                   **JOHN BURTON, Defendant**

                                                   */s/ Mona L. Burton*
                                                   Mona (Molly) Burton, #21696
                                                   ANDERSON, CREAGER &
                                                     WITTSTRUCK, P.C. LLO
                                                   1630 K Street
                                                  Lincoln, NE  68508
                                                  (402) 477-8800
                                                  Attorney for Defendant

## **CERTIFICATE OF SERVICE**

    Mona R. Burton hereby certifies that the foregoing document was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to AUSA Steven A. Russell on this 18th day of May, 2021.

                                                     */s/ Mona L. Burton*
                                                   Mona (Molly) Burton, #21696