IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:21CR3020 |
| Plaintiff, | ) ) ) | **MOTION TO WITHDRAW** |
| v. | ) ) | |
| JOHN BURTON, | ) ) | |
| Defendant. | ) | |

Assistant Federal Public Defender Jessica L. Milburn, hereby requests an order permitting she and the Federal Public Defender's office to withdraw as counsel of record for the Defendant. In support of said motion, counsel shows to the Court that on May 18, 2021, Mona Burton filed an Entry of Appearance in this case.

WHEREFORE, AFPD Jessica L. Milburn requests an order allowing her to withdraw as counsel of record for Mr. Burton and removing her from any future CM/ECF filings.

DATED this 19th day of May, 2021.

JOHN BURTON, Defendant

/s/ *Jessica L. Milburn*

**JESSICA L. MILBURN**
**Assistant Federal Public Defender**
112 Federal Building
100 Centennial Mall North
Lincoln, NE 68508
(402) 221-7820