IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOHN WADE BURTON,<br><br>                Defendant. | 4:21CR3020<br><br>NOTICE OF APPEARANCE |

Kelli L. Ceraolo hereby enters her appearance as Assistant United States Attorney on behalf of the United States in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

                UNITED STATES OF AMERICA, Plaintiff

                JAN W. SHARP
                United States Attorney
                District of Nebraska

By:   s/ Kelli L. Ceraolo
       KELLI L. CERAOLO, MN #0398049
       Assistant U.S. Attorney
       1620 Dodge Street, Ste. 1400
       Omaha, Nebraska  68102
       Tel: (402) 661-3700
       Fax: (402) 661-3084
       E-mail:  kelli.ceraolo@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                s/ Kelli L. Ceraolo
                Assistant U.S. Attorney