IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:21 Cr 3020 |
| Plaintiff, ) | |
| vs. ) | |
| JOHN WADE BURTON, ) | |
| Defendant. ) | |

OPPOSED MOTION TO REVIEW DETENTION

Comes now the Defendant, by and through counsel and moves the Court to Order the Defendant's release pending trial.

1. Defendant presented a plan for release to Pretrial Services.

2. Pretrial Services is not recommending release.

3. The U.S. Attorney objects to release pending trial.

4. Defendant requests a hearing and an opportunity to present his plan for release to the Court.

WHEREFORE, the Defendant prays for an order accordingly.

JOHN WADE BURTON,
Defendant.

*s/Mona L. Burton*
Mona L. Burton # 21696
ANDERSON, CREAGER &
 WITTSTRUCK, P.C. LLO
1630 K Street
Lincoln, NE 68508
(402) 477-8800
mburton@acwlaw.com
Attorney for Defendant