IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>JOHN WADE BURTON,<br><br>       Defendant. | 4:21CR3020<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

The United States hereby notifies the Court of the substitution of Matthew R. Molsen, Assistant United States Attorney, as counsel for the United States in the above-captioned case, replacing Kelli L. Ceraolo, who is no longer assigned to this case.

Please direct all future pleadings and correspondence to the undersigned.

                                       UNITED STATES OF AMERICA, Plaintiff

                                       STEVEN A. RUSSELL
                                       Acting United States Attorney
                                       District of Nebraska

By:    *s/ Matthew R. Molsen*
          MATTHEW R. MOLSEN, #22693
          Assistant U.S. Attorney
          487 Federal Building
          100 Centennial Mall North
          Lincoln, NE  68508
          Tel:  (402) 437-5241
          Fax:  (402) 437-5390
          E-mail:  matthew.molsen@usdoj.gov