IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21CR3020 |
| vs. | |
| JOHN WADE BURTON, | ORDER |
| Defendant. | |

As requested in government's unopposed motion, (Filing No. 46), which is hereby granted,

IT IS ORDERED:

1) Defense counsel may review the discovery with the defendant, but the defendant may not retain a copy of the discovery materials. Defense counsel may allow their regular staff, as well as interpreters, and any experts and investigators the defense may hire for this litigation, to retain a copy of the discovery materials.

2) Defense counsel shall not disseminate a copy of the discovery materials to anyone else without first obtaining this Court's approval, and she shall not discuss or disclose the contents of these documents to any other person, other than defense counsel's immediate staff, the defendant, and any experts and investigators the defense may hire for this litigation, without further leave of this Court.

3) Should this case proceed to trial, the defendant is prohibited from possessing a copy of these documents (including any Jencks material) outside of the courtroom.

4)      All discovery documents provided to defense counsel shall be placed in secure files with restricted access following the conclusion of the case until defense counsel determines it is appropriate to destroy the files or return them to the government.

August 1, 2022.

                                       BY THE COURT:

                                       *s/ Cheryl R. Zwart*
                                       United States Magistrate Judge