IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:21 Cr 3020 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOHN WADE BURTON, ) | |
| ) | |
| Defendant. ) | |

UNOPPOSED MOTION TO CONTINUE JURY TRIAL

Comes now the Defendant, by and through counsel and moves the Court to continue the trial in this matter for 90 days for the following good and sufficient reasons;

1) The Defendant's counsel has retained a forensic computer expert to review discovery.

2) The evaluation is crucial to prepare for a defense and the evaluation is not completed.

3) The Defendant has been informed of this request and consents to this continuance and agrees to exclude the time for purposes of speedy trial.

4) That the government has no objection to this request.

WHEREFORE, the Defendant prays for an order accordingly.

JOHN WADE BURTON,
Defendant.


*s/Mona L. Burton*
Mona L. Burton # 21696
ANDERSON, CREAGER &
 WITTSTRUCK, P.C. LLO
1630 K Street
Lincoln, NE  68508

          (402) 477-8800  
          mburton@acwlaw.com  
          Attorney for Defendant