IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN WADE BURTON,<br><br>            Defendant. | 4:21CR3020<br><br>MOTION TO RESTRICT |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court to issue an Order pursuant to the E-Government Act restricting the access to the Government's Motion to Admit Rule 404(b) and 414(a) Evidence, it's supporting brief, and the Index of Evidence as it contains information protected from public viewing in accordance with the law.

Dated this 27th day of January, 2023.

                                              UNITED STATES OF AMERICA, Plaintiff

                                              STEVEN A. RUSSELL
                                              United States Attorney
                                              District of Nebraska

        By:    s/ Matthew R. Molsen
                 MATTHEW R. MOLSEN, #22693
                 Assistant U.S. Attorney
                 100 Centennial Mall North, #487
                 Lincoln, NE   68508
                 Tel: (402) 437-5241
                 Email: Matthew.Molsen@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2023, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system.   Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

And I hereby certify that I have caused this document to be electronically mailed to the following non CM/ECF participants:

                                                                                      s/ Matthew R. Molsen
                                                                                       Assistant U.S. Attorney