IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:21 Cr 3020 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFENDANT'S |
| ) | MOTION IN LIMINE |
| JOHN W. BURTON, ) | |
| ) | |
| Defendant. ) | |

**COMES NOW** Defendant, JOHN W. BURTON, by and through the undersigned counsel, and respectfully moves to exclude from trial the information the government seeks to introduce pursuant to its Notice found in Docket Number 53-1:

1. Defendant objects to the suggestion that said evidence should be admissible in this case and requests the Court make pretrial ruling regarding the admissibility of this evidence.

2. The evidence sought to be introduced exceeds the scope of both FRE 404(b) and FRE 414 and further should be excluded pursuant to FRE 403.

**WHERFORE**, Defendant requests the government be prohibited from offering evidence as to Defendant's prior acts, including the matters set forth in its Notice, Docket Entry Number 53-1. Further the government should be

required to instruct witnesses to not volunteer information regarding these matters.

                        JOHN W. BURTON,
                        Defendant.

By:   */s/Mona L. Burton*
      Mona L. Burton # 21696
      ANDERSON, CREAGER &
       WITTSTRUCK, P.C. LLO
      1601 Old Cheney Road
      Lincoln, NE  68512
      (402) 477-8800
      mburton@acwlaw.com
      Attorney for Defendant