IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>JOHN W. BURTON,<br><br>                 Defendant. | 4:21CR3020<br><br>WITNESS LIST |

Plaintiff, United States of America, submits the following list of witnesses it may call during the trial of this case:

1. Lara Zeisler, FBI
2. Jeff Tarpinian, FBI (Retired)
3. Special Agent Amber Mann, FBI
4. Special Agent Jonathan Capers, FBI
5. Investigator Peter Rutherford, NSP
6. Jordan Warnock, FBI
7. Bill McGuire, FBI (Retired)
8. Linda Burton
9. Sean Burton

UNITED STATES OF AMERICA, Plaintiff

STEVEN A. RUSSELL
United States Attorney
District of Nebraska

By:   s/ *Matthew R. Molsen*
       MATTHEW R. MOLSEN, #22693
       Assistant U.S. Attorney
       100 Centennial Mall North, #487
       Lincoln, NE 68508
       Tel: (402) 437-5241
       E-mail: matthew.molsen@usdoj.gov