IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:21 Cr 3020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | WITNESS LIST |
| | ) | |
| JOHN W.BURTON, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant, by and through counsel, Mona L. Burton, and hereby submits

the following individuals as those whom the Defendant may call as witnesses at trial:

1. Lynette Burton

2. Jennifer Hammerstrom

3. Shawn Kasal, Defendant's expert

4. Jessica Burton

5. Jackie Burton

JOHN W. BURTON,
Defendant.


*s/Mona L. Burton*
Mona L. Burton # 21696
ANDERSON, CREAGER &
 WITTSTRUCK, P.C. LLO
1630 K Street
Lincoln, NE  68508
(402) 477-8800
mburton@acwlaw.com
Attorney for Defendant