IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | LIST OF EXHIBITS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number: 4:21 CR 3020 |
| | ) | Courtroom Deputy: |
| JOHN W. BURTON, | ) | Court Reporter: |
| | ) | |
| Defendant. | ) | |

Trial Date: February 13, 2023

| EXHIBIT NO. | | | | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| DEF | 1 | | Shawn Kasal Report | | | | | |
| DEF | 2 | | Kasal CV | | | | | |