IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN WADE BURTON, <br><br> Defendant. | 4:21CR3020 <br><br> MOTION TO RESTRICT |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court to issue an Order pursuant to the E-Government Act restricting the access to the Government's Trial Brief as it contains information protected from public viewing in accordance with the law.

Dated this 8th day of February, 2023.

UNITED STATES OF AMERICA, Plaintiff

STEVEN A. RUSSELL
United States Attorney
District of Nebraska

By: _____
MATTHEW R. MOLSEN, #22693
Assistant U.S. Attorney
100 Centennial Mall North, #487
Lincoln, NE   68508
Tel: (402) 437-5241
Email: Matthew.Molsen@usdoj.gov