IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN WADE BURTON,<br><br>　　　　　　Defendant. | 4:21CR3020<br><br>GOVERNMENT'S MOTION TO DISMISS COUNT TWO |

Comes now the United States, by and through the undersigned Assistant United States Attorney, and pursuant to Fed. R. Crim. P. 48(a), hereby moves to dismiss Count Two of the Indictment, which charges the defendant with the intent to access child pornography on April 17, 2019. The government intends to proceed to trial on Count One, possession of child pornography.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　UNITED STATES OF AMERICA,
　　　　　　　　　　　　　　Plaintiff

　　　　　　　　　　　　　　STEVEN A. RUSSELL
　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　District of Nebraska

　　By:　　_/s/ Matthew R. Molsen_
　　　　　　　　　　　　　　MATTHEW R. MOLSEN, #22693
　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　100 Centennial Mall North, #487
　　　　　　　　　　　　　　Lincoln, NE  68508
　　　　　　　　　　　　　　Tel: (402) 437-5241
　　　　　　　　　　　　　　Email: Matthew.Molsen@usdoj.gov