IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 21Cr 3020 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| JOHN BURTON, | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

Comes now Robert B. Creager and enters his appearance as co-counsel for the Defendant John W. Burton in the above captioned case and requests that all pleading and correspondence with respect to this matter be served on counsel at the address listed below.

JOHN BURTON,
Defendant.

*s/Robert B. Creager*
Robert B. Creager # 15370
ANDERSON, CREAGER &
 WITTSTRUCK, P.C.
1630 K Street
Lincoln, NE  68508
(402) 477-8800
rcreager@acwlaw.com
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2023, I electronically filed the foregoing with the Clerk of the District Court, using the CM/ECF system, which sent notification to AUSA Matt Molsen.

*/s/ Robert B. Creager*
Robert B. Creager, #15370