IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN WADE BURTON,<br><br>    Defendant. | 4:21-CR-3020<br><br>ORDER |

IT IS ORDERED:

1. The government's motion to dismiss (filing 69) is granted.

2. Count II of the Indictment is dismissed without prejudice.

Dated this 10th day of February, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge