IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN WADE BURTON,

    Defendant.

**EXHIBIT LIST**

Case No.   4:21CR3020
Deputy:    Laura Monsees
Reporter:  Lisa Grimminger
Date:      February 13, 2023

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| C |  |  | SEALED exhibit | X |  | X |  | 2/13/2023 |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**OBJECTIONS**
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)