IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN WADE BURTON,

        Defendant.

**WITNESS LIST**

Case No.   4:21CR3020
Deputy:    Laura Monsees
Reporter:  Lisa Grimminger
Date:      February 13, 2023

FOR PLAINTIFF:

| Name | Date |
| --- | --- |
| Jeff Tarpinian | 02-23-2023 |
| Lara Zeisler | 02-23-2023 |

FOR DEFENDANT:

| Name | Date |
| --- | --- |
|  |  |
|  |  |