IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3020 |
| vs. | |
| JOHN WADE BURTON, | ORDER |
| Defendant. | |

For administrative purposes, the term of service for the jurors who sat in this matter, including any alternate jurors, is hereby extended until Monday, August 12, 2023.

Dated this 15th day of February, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge