IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN WADE BURTON,<br><br>　　　　　　Defendant. | 4:21-CR-3020<br><br>ANSWER TO JURY'S FIRST QUESTION |

The jury asked at 1:13 p.m. on February 15, 2023:

> Clarification on interstate transmition [sic], just computer transported by wife and not John across state lines, does it matter who transports computer[?]

My answer is:

> You have received all of my instructions on the law. Please refer to Instructions #8 and 13, and all other instructions given in this case.

Dated this 15th day of February, 2023, at  1:25  p.m.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge

Page 1 of 1

Clarification on interstate transmition, just computer transported by wife + Not John ~~or~~ across State lines

Does it matter who transports ~~of~~ computer

Received by Laura Monsees on 2/15/23 at 1:11 PM.