IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:21CR3020 Gerrard |
| | ) | |
| Plaintiff, | ) | **CONSENT MOTION FOR A REDUCED SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN WADE BURTON, | ) | |
| | ) | |
| Defendant. | ) | |

John Wade Burton, through undersigned counsel, moves this Court for a reduced sentence of 151 months pursuant to 18 U.S.C. § 3582(c)(2) based on the retroactive application of Amendment 821 to the U.S. Sentencing Guidelines. The government consents to the requested relief. In support, Defendant states as follows:

1. On June 30, 2023, the Defendant was sentenced to 168 months' incarceration, a term at the low end of his applicable guideline range, 168 to 210 months, based on a final offense level 33 and criminal history category III.

2. Based on the retroactive application of Amendment 821, which alters the assignment of criminal history status points under U.S.S.G. § 4A1.1, the Defendant's criminal history category has been reduced to II and his guideline range has been reduced to 151 to 188 months.

3. The parties have conferred and agree that a reduced sentence of 151 months is warranted in this case.

**WHEREFORE**, the Defendant asks the Court to grant the motion by signing the proposed reduction order.

John Wade Burton, Defendant,

By: s/ Korey L. Reiman
**Korey L. Reiman #21773**
Federal Public Defender
100 Centennial Mall North
Lincoln, NE 68508
Telephone: (402) 221-7820
Fax: (402) 221-7827
E-Mail korey_reiman@fd.org