# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:21CR3020 |
| | ) | |
| Plaintiff, | ) | **STIPULATION** |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN WADE BURTON, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff United States of America and Defendant John Wade Burton hereby stipulate that the retroactive amendment to the Sentencing Guidelines, Amendment 821, changes the Defendant's Criminal History Category from III to II and the Defendant's guideline range from 168 to 210 months to 151 to 188 months' imprisonment. The government and the defense agree that the new, reduced sentence under the amended guidelines should be 151 months based on the prior computation of specific offense characteristics, adjustments, and any departures. The parties further agree that the defendant may be re-sentenced without being present and without further notice and that any supervised release should be the same term and conditions as originally decided. The parties agree the court can modify the Defendant's sentence in accordance with this Stipulation without further hearing.

RESPECTFULLY SUBMITTED this 6 day of MARCH 2024.

          John Burton, Defendant,

          By s/ Korey Reiman
          **Korey Reiman #21773**
          Assistant Federal Public Defender
          100 Centennial Mall North, Suite 112
          Lincoln, NE 68508
          Telephone: (402) 221-7820
          Fax: (402) 221-7827
          E-Mail: korey_reiman@fd.org

          By: _[Digitally signed by SUSAN LEHR, Date: 2024.03.05 16:47:16 -06'00']_
          **SUSAN T. LEHR**
          United States Attorney
          U.S. Attorney's Office
          1620 Dodge Street, Suite 1400
          Omaha, NE 68102
          Telephone: (402) 661-3700
          Fax: (402) 345-5724
          Email: susan.lehr@usdoj.gov